## SECOND DEPARTMENT, SEPTEMBER, 1938.
### (September 12, 1938.)

In the Matter of the Application of ANN ALEXANDER and JAMES V. LIONE, Appellants, against S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York, and GERTRUDE KLUBER, Respondents.— The court is of the unanimous opinion that the petition is in accordance with the statute. The petition indicated plainly that one candidate was a male and the other a female. (Election Law, § 11.) Order reversed on the law, without costs, and motion granted, without costs. Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur.

In the Matter of the Application of JOHN J. BLAKE, JR., for an Order Certifying as Valid Certain Petitions and Certificates of Designation Which Designate the Said JOHN J. BLAKE, JR., as a Candidate for the Public Office of Member of Congress, Eleventh Congressional District, Filed with the Board of Elections of the City of New York, and for an Order Directing that the Board of Elections of the City of New York Certify the Name of Said Designee for Member of Congress on the Primary Ballot of the Democratic Party for the County of Richmond to Be Voted upon the 20th Day of September, 1938, and for Other Just and Proper Relief. JOHN J. QUINN, Appellant, Respondent; JOHN J. BLAKE, JR., Respondent, Appellant; BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Respondent.— In view of the absence of a complete record of the facts in this case, substantial justice requires an affirmance. Order affirmed, without costs. Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur.

In the Matter of the Application of AARON B. CALVIN for an Order Directing the Board of Elections of Suffolk County to Accept the Petition Filed by MARGARET PRENTICE and Others Designating Members of the State Committee, Delegates and Alternate Delegates to the State Convention for the 2nd Assembly District and Delegates and Alternate Delegates to the 2nd Judicial District Convention. WILLIAM L. AVETTA, Appellant; AARON B. CALVIN and Others, Respondents.— Order affirmed, without costs. No opinion. Carswell, Johnston, Taylor and Close, JJ., concur; Lazansky, P. J., dissents and votes to reverse upon the following ground: Section 11 of the Election Law provides that when any party rule " provides for the equal representation of sexes from each unit, the designating petitions and primary ballots shall carry such party positions separately by sexes." The Democratic party has adopted a rule for equal representation of sexes in each unit. The rule was not complied with in this case. A violation makes the petition invalid.

In the Matter of the Objection of JOHN J. DALLINGER, Objector-Appellant, to the Designating Petition Filed with the Board of Elections of the City of New York Purporting to Designate MARY BOSSI and Others as Candidates for the County Committee in the 141st Election District of the 4th A. D. Queens County, City and State of New York, for the Election to Be Held on September 20, 1938. S. HOWARD COHEN and Others, Commissioners of Elections, etc., and Others, Respondents. In the Matter of the Objection of JOHN J. DALLINGER, Objector-